# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

ELIZABETH L. STREICH,

    Plaintiff,

UNITED STATES OF AMERICA, MICHAELA M. PINION, STATE OF WISCONSIN DEPARTMENT OF HEALTH SERVICES, COMPCARE HEALTH SERVICES INSURANCE CORPORATION d/b/a ANTHEM BLUE CROSS BLUE SHIELD and QUARTZ HEALTH BENEFIT PLANS CORPORATION,

    Defendants.

Case Number:

## CIVIL COMPLAINT

**NOW COMES** the Plaintiff, Elizabeth L. Streich, by and through her attorneys, Hupy and Abraham, S.C., by Attorney Todd R. Korb, and as for her Complaint against the Defendants, alleges and shows to the Court as follows:

### JURISDICTION AND VENUE

1. That this is a civil action or claim against the United States of America arising out of the Federal Tort Claims Act, 28 U.S. Code § 2674, and therefore this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1346.

2. That the Plaintiff submitted proper notice and proof of her claim for injuries and damages to the United States Postal Service on January 30, 2025; that the United States Postal Service acknowledged this notice and proof of claim as received on February 5, 2025; that the United States United States Postal Service neither settled nor denied the Plaintiff's claim within six months of receipt of the notice and proof of claim; that the Plaintiff has hereby deemed this

non-response a denial of her claim pursuant to 28 U.S.C. § 2675(a); and that therefore the Plaintiff has exhausted her administrative remedies pursuant to 28 U.S.C. § 2401 and Fed. R. Civ. P. 9(c).

3. That the events causing the Plaintiff's injuries took place in the City of Platteville, County of Grant, Wisconsin, and therefore venue is proper in the Western District of Wisconsin pursuant to 28 U.S.C. § 1391(b)(2) and 32 C.F.R. § 750.32.

## PARTIES

4. That the Plaintiff, Elizabeth L. Streich, is an adult resident of the City of Brodhead, County of Rock, Wisconsin, currently residing at 14204 West Carroll Road, Zip Code 53520.

5. That the Defendant, United States of America, is amenable to suit under the provisions of the Federal Tort Claims Act, 28 U.S.C. § 1346(b); that pursuant to Fed. R. Civ. P. 4(i)(1)(A), service of process upon the Defendant, United States of America, shall be delivered to Acting United States Attorney for the Western District of Wisconsin, Chadwick M. Elgersma, located at 222 West Washington Avenue, Suite 700, Madison, Wisconsin, Zip Code 53703; that pursuant to Fed. R. Civ. P. 4(i)(1)(B), service of process upon the Defendant, United States of America, shall also be sent by registered or certified mail to the United States Attorney General, Pamela Bondi, located at 950 Pennsylvania Avenue Northwest, Washington, District of Columbia, Zip Code 20530; and that the Defendant, United States of America, employed and/or used as an agent the Defendant, Michaela M. Pinion, at the time of the accident that occurred on or about April 28, 2023.

6. That the Defendant, Michaela M. Pinion, upon information and belief, is a resident of the City of Madison, County of Dane, Wisconsin, currently residing at 3517 Cross Hill Drive, Apartment 125, Zip Code 53718; and that the Defendant, Michaela M. Pinion, was employed by and/or an agent of the Defendant, United States of America, at all times material hereto.

7. That the Defendant, State of Wisconsin Department of Health Services, is a governmental agency responsible for administering the State of Wisconsin Medical Assistance Program; that legal process for the Defendant, State of Wisconsin Department of Health Services, shall be served upon Secretary-designee Kirsten L. Johnson, located at the Executive Team, 201 East Washington Avenue, Room B300, Madison, Wisconsin, Zip Code 53703; and that the Defendant, State of Wisconsin Department of Health Services, alleges to have paid out money on behalf of the Plaintiff, Elizabeth L. Streich, and is therefore named as a subrogated party in this action pursuant to Fed. R. Civ. P. 19 (a)(1)(B).

8. That Defendant, Compcare Health Services Insurance Corporation, is a domestic health maintenance organization, organized and existing under the laws of Wisconsin, with its principal place of business located at N17 W24222 Riverwood Drive, Suite 300, Waukesha, Wisconsin, Zip Code 53188; that the registered agent in Wisconsin for the Defendant, Compcare Health Services Insurance Corporation, is CT Corporation System, located at 301 South Bedford Street, Suite One, Madison, Wisconsin, Zip Code 53703; that the Defendant, Compcare Health Services Insurance Corporation, does business as Anthem Blue Cross Blue Shield; and that the Defendant, Compcare Health Services Insurance Corporation, alleges to have paid out money on behalf of the Plaintiff, Elizabeth L. Streich, and is therefore named as an alleged subrogated party in this action pursuant to Fed. R. Civ. P. 19(a)(1)(B).

9. That the Defendant, Compcare Health Services Insurance Corporation, is not entitled to reimbursement or subrogation.

10. That the Defendant, Quartz Health Benefit Plans Corporation, is a domestic health maintenance organization, organized and existing under the laws of Wisconsin, with its principal place of business located at 2650 Novation Parkway, Fitchburg, Wisconsin, Zip Code 53713; that

the registered agent in Wisconsin for the Defendant, Quartz Health Benefits Plan Corporation, is Kristie Breunig, also located at 2650 Novation Parkway, Fitchburg, Wisconsin, Zip Code 53713; and that the Defendant, Quartz Health Benefit Plans Corporation, alleges to have paid out money on behalf of the Plaintiff, Elizabeth L. Streich, and is therefore named a subrogated party in this action pursuant to Fed. R. Civ. P. 19(a)(1)(B).

11.     That the Defendant, Quartz Health Benefit Plans Corporation, is not entitled to reimbursement or subrogation.

## CAUSE OF ACTION

12.     That on or about April 28, 2023, the Plaintiff, Elizabeth L. Streich, was the operator of a motor vehicle, traveling southbound on Virgin Avenue, at or near the intersection with Laura Street, in the City of Platteville, County of Grant, Wisconsin; and that at that same time and place, the Defendant, Michaela M. Pinion, was the operator of a motor vehicle, traveling northbound on Virgin Avenue, when she negligently operated her motor vehicle, and created an unsafe condition, causing a collision with the motor vehicle operated by the Plaintiff, Elizabeth L. Streich, thereby causing the Plaintiff's injuries and damages as hereafter described.

13.     That the foregoing acts of negligence on the part of the Defendant, Michaela M. Pinion, were the direct and proximate cause of the injuries and damages sustained by the Plaintiff, Elizabeth L. Streich.

14.     That, upon information and belief, the foregoing acts of negligence on the part of the Defendant, Michaela M. Pinion, were committed while the Defendant, Michaela M. Pinion, was acting in the course and scope of her employment and/or agency with the Defendant, United States of America.

15. That pursuant to 28 U.S.C. § 2674, the Defendant, United States of America, is liable for the negligence of the Defendant, Michaela M. Pinion.

16. That as a result of the foregoing acts of negligence on the part of Michaela M. Pinion, the Plaintiff, Elizabeth L. Streich, sustained injuries to her body and suffered emotional distress; that she has suffered pain and may continue to suffer pain for an indefinite time in the future; that she was required to seek medical attention; that she may be required to seek additional and continued medical attention in the future and to expend large sums of money for said medical attention; that she was unable to maintain her employment for a period of time and may continue to be so restricted; that she sustained damages to her vehicle that prevented her from using it for a period of time; and that she was unable to engage in her normal activities for a period of time, and may continue to be so restricted, all to her damage.

**WHEREFORE**, the Plaintiff, Elizabeth L. Streich, demands Judgment against the Defendant in the following forms: for compensatory damages as the Court may deem just and equitable, together with costs and disbursements of this action, reasonable attorney's fees associated with this action, for dismissal of any and all subrogation or reimbursement claims in this matter, and any further relief the Court may deem just and equitable.

Dated this 12th day of November, 2025.

*Electronically signed by:  Todd R. Korb*
Todd R. Korb
State Bar Number: 1026950
Attorney for Plaintiff, Elizabeth L. Streich
Hupy and Abraham, S.C.
111 East Kilbourn Avenue, Suite 1100
Milwaukee, Wisconsin 53202
Telephone: (414) 223-4800
Email: TKorb@hupy.com